**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-2009**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CONNELL SPAIN,

Defendant,

and

CONNELL SPAIN, SR.,

Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CR-82-60-N)

_____

Submitted: February 11, 1999       Decided: February 23, 1999

_____

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Connell Spain, Sr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Connell Spain, Sr., appeals the district court's denying his request for court records pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Spain, No. CR-82-60-N (E.D. Va. June 19, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED